## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SUBHASH MADAN** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ELAINE CHOW, SECRETARY,** )<br>**DEPARTMENT OF LABOR** )<br>)<br>**Defendant.** )<br>)<br>_____ ) | Civil Action No. 02-2016 (ESH) |

## ORDER

For the reasons provided in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment [#57] is **GRANTED**, and it is

**FURTHER ORDERED** that the Complaint is dismissed with prejudice.

**This is a final appealable order.**

                                                                                             s/
                                            ELLEN SEGAL HUVELLE
                                             United States District Judge

Date:   March 8, 2005